UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IQMAX, INC.,

                Movant-Appellant,

      -against-                                      21-cv-9674 (LAK)
                                                            [19-B-11816-dsj]

FUSION PM HOLDINGS, INC., etc.,

                Debtor-Appellee..
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The order appealed from – the Bankruptcy Court's October 27, 2021 order denying appellant's Motion for an order that a certain contract was assumed under the Debtors' Confirmed Plan of Reorganization – is affirmed substantially for the reasons stated in the bench opinion of Bankruptcy Judge David S. Jones [19-b-11816, Dkt 74, at 15-25].

        The Clerk shall enter judgment and close the case.

        SO ORDERED.

Dated:      April 12, 2022

                                                               _____
                                                                     Lewis A. Kaplan
                                                             United States District Judge