UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IQMAX, INC.,

                              Movant-Appellant,

        -against-                                        21 **CIVIL** 9674 (LAK)

## **JUDGMENT**

FUSION PM HOLDINGS, INC., etc.,

                              Debtor-Appellee.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 12, 2022, the order appealed from -the Bankruptcy Court's October 27, 2021 order denying appellant's Motion for an order that a certain contract was assumed under the Debtors' Confirmed Plan of Reorganization - is affirmed substantially for the reasons stated in the bench opinion of Bankruptcy Judge David S. Jones [19-b-11816, Dkt 74, at 15-25]; accordingly, the case is closed.

**Dated:**  New York, New York

        April 21, 2022

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                                            **BY:**
                                                               **Deputy Clerk**